IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RAYMOND ROBINSON | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv449 |
| WARDEN GARRIDO | § | |

### MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Raymond Robinson, an inmate confined in the Federal Medical Center at Fort Worth, Texas, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

A petition filed pursuant to Section 2241 must be filed in the judicial district where the petitioner is incarcerated. *United States v. Gabor*, 905 F.2d 76, 78 (5th Cir. 1990).[1] The Federal Medical Center is located in Tarrant County, Texas. Pursuant to 28 U.S.C. § 124, Tarrant County is in the Fort Worth Division of the Northern District of Texas. As petitioner is not confined within the Eastern District of Texas, this court lacks jurisdiction over his petition. Accordingly, this petition will be transferred to the Fort Worth Division of the United States District Court for the Northern District of Texas.

### ORDER

For the reasons set forth above, it is **ORDERED** that this petition for writ of habeas corpus is **TRANSFERRED** to the Fort Worth Division of the United States District Court for the Northern District of Texas.

SIGNED this 15th day of December, 2023.

_____
Zack Hawthorn
United States Magistrate Judge

---

[1] Pursuant to 28 U.S.C. § 2241(d), an application for a writ of habeas corpus filed by a person incarcerated pursuant to judgment of a state court may be filed in the federal judicial district where the petitioner is incarcerated or the district in which he was convicted. However, petitioner is not incarcerated pursuant to a state court judgment.